## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CELLINFO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TOWER CORPORATION, AMERICAN TOWER LLC, AMERICAN TOWER DO BRASIL – CESSAO DE INFRAESTRUTURAS LTDA, and ATC IP LLC, <br><br> Defendants. | No. 18-cv-11250-ADB |

### DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY AND TO COMPEL ARBITRATION

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Federal Arbitration Act, 9 U.S.C. §§ 3-4 ("FAA"), Defendants American Tower Corporation, American Towers LLC, American Tower DO Brasil – Cessao de Infraestruturas LTDA, and ATC IP LLC hereby move this Court to dismiss the Complaint filed by Plaintiff CellInfo LLC. The Court should dismiss this action because the agreement at issue contains a mandatory arbitration provision and the claims asserted by Plaintiff fall squarely within that provision. In the alternative, the Court should stay this action and issue an order compelling arbitration pursuant to the terms specified in the parties' agreement.[1]

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request that the Court hear oral argument on the foregoing motion.

---

[1] In bringing this Motion on the limited ground that Plaintiff's claims are subject to arbitration, Defendants reserve their right to move to dismiss the Complaint for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6), or its equivalent in arbitration.

Dated: July 30, 2018                               Respectfully submitted,

**AMERICAN TOWER CORPORATION,
AMERICAN TOWERS LLC,
AMERICAN TOWER DO BRASIL –
CESSAO DE INFRAESTRUTURAS LTDA,
and ATC IP LLC**

By their attorneys,

<u>/s/ James M. Wodarski</u>
James M. Wodarski (BBO # 627036)
Thomas H. Wintner (BBO # 667329)
Geoffrey A. Friedman (BBO #692771)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center Boston, MA 02111
617.542.6000 (telephone)
617.542.2241 (fax)
jwodarski@mintz.com
twintner@mintz.com
gfriedman@mintz.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

The undersigned certifies that counsel for Defendants contacted counsel for Plaintiff in order to confer and attempt in good faith resolve or narrow the issue presented by this motion.

                               /s/ James M. Wodarski

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                               /s/ James M. Wodarski