**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELLINFO, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN TOWER CORPORATION, AMERICAN TOWER LLC, AMERICAN TOWER DO BRASIL – CESSAO DE INFRAESTRUTURAS LTDA, and ATC IP LLC,<br><br>                Defendants. | C.A. No. 1:18-cv-11250 |

**CELLINFO'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff CellInfo, LLC ("CellInfo") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65, for entry of a preliminary injunction against Defendants American Tower Corporation, American Tower LLC, American Tower Do Brasil – Cessao De Infraestuturas LTDA, and ATC IP LLC ("Defendants"). Pursuant to Local Rule 7.1(d)(4)(A), CellInfo specifically requests that the Court expedite the handling of this motion and schedule a hearing on this motion for as soon as the Court's calendar permits because CellInfo faces immediate and irreparable harm due to the ongoing misappropriation of CellInfo's trade secrets in breach of multiple confidentiality agreements and provisions and the expected deployment of Defendants' Tower Analytics platform, which is a direct lineal descendant of CellInfo's trade secret platform. As grounds for this motion, CellInfo relies on the facts set forth in its Complaint, the memorandum of law filed in support of this Motion, and accompanying papers to this Motion.

WHEREFORE, CellInfo requests and order: (1) requiring Defendants to cease and desist from disclosing and/or using any of CellInfo's confidential and proprietary information; (2)

requiring Defendants to immediately return and cease to retain any and all CellInfo confidential and proprietary information; and (3) preventing Defendants from deploying their Tower Analytics modules built using CellInfo's confidential information, including but not limited to RAN Sharing, Site View, Anatel View, Current REI, Inconsistencies, and Tower Integrity.

A memorandum in support of the Motion for Preliminary Injunction is attached hereto. In addition, a proposed Order granting this Motion and awarding the relief that CellInfo has requested is attached.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1(d)(4)(A), CellInfo respectfully requests that the Court schedule a hearing on this motion for as soon as the Court's calendar permits.

Dated: August 27, 2018

Respectfully submitted,

/s/*James P. Brogan*

David H. Rich (BBO #634275)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, Massachusetts 02110
Tel: (617) 720-2626
Fax: (617) 227-5777
drich@toddweld.com

James P. Brogan (*pro hac vice*)
Brian J. Eutermoser (*pro hac vice*)
King & Spalding LLP
1515 Wynkoop Street
Suite 800
Denver, CO 80202
Tel: (720) 535-2310
Fax: (720) 535-2400
jbrogan@kslaw.com
beutermoser@kslaw.com

*Attorneys for Plaintiff CellInfo, LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that counsel for plaintiff has made a good faith effort to contact counsel and discuss the foregoing motion with counsel for defendant in order to confer and attempt in good faith to resolve or narrow the issues. Counsel for plaintiff reached out to counsel for defendant telephonically and via email but received no response. Counsel for plaintiff and counsel for defendant have discussed the potentiality of a motion for preliminary injunction in the past and counsel for defendant stated its opposition at that time.

                                                          */s/James P. Brogan*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **CELLINFO'S MOTION FOR A PRELIMINARY INJUNCTION** was served on the parties listed below.

James Wodarski
Mintz Levin
One Financial Center
Boston, MA 02111
Tel:  (617) 348-1855
Email: Jwodarski@mintz.com

Thomas Wintner
Mintz Levin
One Financial Center
Boston, MA 02111
Tel:  (617) 348-1625
Email: Twintner@mintz.com


Dated: August 27, 2018                     */s/ James P. Brogan*