## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLINFO, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN TOWER CORPORATION, AMERICAN TOWER LLC, AMERICAN TOWER DO BRASIL – CESSAO DE INFRAESTRUCTURAS LTDA, and ATC IP LLC,<br><br>    Defendants. | Civil Action No. 18-cv-11250-ADB<br><br><br>PUBLIC VERSION |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S
## MOTION FOR EXPEDITED DISCOVERY

1

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I certify that on September 13, 2018, I electronically filed the foregoing Defendants' Memorandum in Opposition to Plaintiff's Motion for Expedited Discovery by using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to the registered participants identified and paper copies will be sent to those indicated as non-registered participants.

/s/ James M. Wodarski
James M. Wodarski