IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLINFO, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN TOWER CORPORATION,<br>AMERICAN TOWER LLC, AMERICAN TOWER<br>DO BRASIL – CESSAO DE INFRAESTRUTURAS<br>LTDA, and ATC IP LLC,<br><br>        Defendants. | Civil Action No. 18-cv-11250-WGY |

## [PROPOSED] STIPULATED PRELIMINARY INJUNCTION

Upon stipulation by Plaintiff CellInfo, LLC ("CellInfo") and Defendants American Tower Corporation, American Tower LLC, American Tower Do Brasil – Cessao de Infraestruturas LTDA, and ATC IP LLC (together, "ATC") (collectively, "the Parties"), it is hereby **ORDERED THAT**:

Defendants cease any and all development, utilization, deployment, and/or user access to (1) the ATC platform that ATC has, now or at any time, referred to as "Tower Analytics," (including all of its modules), and (2) any internal software module(s), which use methods alleged by CellInfo to be confidential, and which provide identification of and solutions to the problems of RAN Sharing, customers not paying, and customers outside of wind loading contractual provisions.

This Injunction shall remain in effect until an arbitration panel has made a decision concerning a request from CellInfo for preliminary relief. In the event that CellInfo does not file a demand for arbitration within thirty (30) days of entry of the order in district court, or in that no

1

request for preliminary relief is made within sixty (60) days of filing a demand for arbitration, the Injunction expires.

Accordingly, all contemplated discovery is suspended, pending arbitration, and the hearing scheduled for January 22, 2019, is moot.

SIGNED this 20TH day of November, 2018   *William A. Young*
                                                                                              United States District Judge