UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLINFO, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN TOWER CORPORATION, AMERICAN TOWER LLC, AMERICAN TOWER DO BRASIL – CESSAO DE INFRAESTRUTURAS LTDA, and ATC IP LLC.,<br><br>        Defendants. | Civil Action No. 18-11250-WGY |

## CELLINFO, LLC'S NOTICE OF APPEAL RE: DKT NOS. 63, 67, 93, AND 112

NOTICE IS HEREBY GIVEN that Plaintiff CellInfo, LLC ("CellInfo") appeals, to the United States Court of Appeals for the First Circuit, (i) the order entered on November 15, 2018 concluding "that it is for the arbitrators to determine whether the issues raised in this action fall within the scope of the parties' arbitration agreement" [Dkt. No. 63], (ii) the order entered December 19, 2018 concluding that "it is for the arbitrators in the first instance – and not this court – to construe the ambiguities in the Agreement and determine the extent of this Court's role in adjudicating this dispute." [Dkt. No. 67],[1] (iii) the order entered during the hearing on September 3, 2020 vacating the reopening of the case as being in error, [Dkt. No. 93], and (iv) the order entered during the hearing on September 29, 2020 denying CellInfo's [re: 68] Motion to Reopen [Dkt. No. 112]. Each of the foregoing orders was entered by the United States District Court for the District of Massachusetts in the above-referenced action.

---

[1] Dkt. No. 67 is the Memorandum of Decision in support of the order at Dkt. No. 63.

DATED: October 29, 2020

CellInfo, LLC
By Its Attorneys,

/s/ Kenneth R. L. Parker
Kenneth R. L. Parker (BBO # 688987)
Shaun P. Keough (BBO # 688868)
Nathaniel Lichtin (BBO # 692764)
PARKER KEOUGH LLP
*Street Address:*
  51 Winchester St., Suite 205
  Newton, MA 02461
*Mailing Address:*
  P.O. Box 590006
  Newton, MA 02459
Tel.: (617) 841-2418
Fax.: (617) 963-8315
E-mail: kparker@parkerkeough.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on this October 29, 2020.

/s/ Kenneth R. L. Parker
Kenneth R. L. Parker